## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:11-CV-121-RLV-DCK

| | | |
|---|---|---|
| JOHNNY GLENN ROTHROCK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| CALDWELL COUNTY/CALDWELL | ) | |
| COUNTY LIBRARY, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Continuance Of Legal Proceedings Due To Medical Reasons" (Document No. 18) filed December 19, 2011.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice.

At this time the undersigned is unaware of any proceedings that need to be continued, and will therefore deny the current motion.  For purposes of clarity, the undersigned directs that the parties shall not be required to conduct an Initial Attorney's Conference and file a Certification of Initial Attorney's Conference, including a proposed discovery plan, until fourteen (14) days after the Court rules on "Defendant's Partial Motion To Dismiss" (Document No. 7).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Continuance Of Legal Proceedings Due To Medical Reasons" (Document No. 18) is **DENIED**, without prejudice to re-file at a later date, if necessary.  The parties shall conduct an Initial Attorney's Conference pursuant to Local Rule 16.1(A) within **fourteen (14) days** of the Court ruling on the pending motion to dismiss, unless otherwise ordered.

Signed: December 20, 2011

David C. Keesler
United States Magistrate Judge